IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONNECTIONOPEN, INC., | |
| Plaintiff, | Civil Action No. 25-cv-14029 |
| v. | JURY TRIAL DEMAND |
| SOURCE ELEMENTS, LLC, | Hon. April M. Perry |
| Defendant. | |

**AGREED MOTION TO ENLARGE TIME TO ANSWER**

Plaintiff, ConnectionOpen, Inc., and Defendant, Source Elements, LLC, through their respective counsel, jointly request that the Court enlarge the time for Defendant to Answer or Otherwise Plead to the Complaint. In support of this Motion, the parties state:

1. Defendant's Answer or Pleading to the First Amended Complaint is due March 19, 2026. The extension requested is 14 days, through April 2, 2026

2. Over the past weeks, Plaintiff's counsel and Defendant's counsel have been in discussions concerning the claims and the opportunity for a prompt and economical resolution of the pending lawsuit.

3. To promote the interests of the parties and judicial economy, counsel requests that the time for the formal litigation process be enlarged so that the parties, may be able to meet further to discuss a settlement between the parties.

4. Counsel for the parties agree that enlarging the time to Answer or Otherwise Plead will relieving the parties of the expense of the litigation process and promoting judicial economy.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter an Order enlarging time to Answer or Otherwise Plead to the Complaint, through and including April 2, 2026

Dated:  March 13, 2026

Respectfully submitted,

/s/Sofia Quezada Hastings
Sofia Quezada Hastings
shastings@agdglaw.com
ARONBERG GOLDGEHN
225 West Washington Street – Suite 2800
Chicago, IL 60606
(312) 828-9600

/s/Mark L. Pettinari
Mark L. Pettinari
mlpettinari@yahoo.com
Law Offices of Mark L. Pettinari
PO Box 5844
Napa, CA 94581-0844
415-233-3346

**Counsel for Defendant, Source Elements, LLC**


/s/David L. Hecht
David L. Hecht
dhecht@hechtpartners.com
Hecht Partners LLP
125 Park Avenu4e, 25th Floor
New York, NY  10017
212-851-6821


**Counsel for Plaintiff ConnectionOpen, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2026 I caused the foregoing AGREED MOTION TO ENLARGE TIME TO ANSWER to be filed with the Court's ECF system which caused an electronic version to be served via email on counsel of record.

/s/ *Sofia Quezada Hastings*