## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

ConnectionOpen, Inc.

                    Plaintiff,

v.

                                                Case No.: 1:25–cv–14029

                                                  Honorable April M. Perry

Source Elements, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 16, 2026:

     MINUTE entry before the Honorable April M. Perry: Motion of extension of time [19] is granted. Defendant to answer or otherwise plead to the Amended Complaint by 4/2/2026. There is no need for the parties to appear at the motion hearing scheduled for 3/18/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.